NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000450
04-DEC-2014
08:24 AM

NO. CAAP-12-0000450

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

PAUL K. CULLEN aka PAUL KAUKA NAKI, Plaintiff-Appellant,
v.
LAVINIA CURRIER and PUU O HOKU RANCH, LTD., Defendants-Appellees.

APPEAL FROM THE DISTRICT COURT OF THE SECOND CIRCUIT
MOLOKA'I DIVISION
(DC-CIVIL NO. 11-1-3105)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Nakamura, C.J., Reifurth and Ginoza, JJ.)

Upon consideration of Plaintiff-Appellant Paul K. Cullen aka Paul Kauka Naki's (Appellant) Motion for Reconsideration filed on November 25, 2014, the papers in support and the record and files herein, Appellant fails to establish any point of law or fact that was overlooked or misapprehended in the Memorandum Opinion issued on November 20, 2014. Therefore,

IT IS HEREBY ORDERED that Appellant's Motion for Reconsideration is denied.

DATED: Honolulu, Hawai'i, December 4, 2014.

*Craig H. Nakamura*
Chief Judge

*Lawrence M Reifurth*
Associate Judge

*Lisa M Ginoza*
Associate Judge